UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BADARA OUATTARA,<br><br>                                Plaintiff,<br><br>-against-<br><br>AMAZON.COM, INC., and AMAZON.COM SERVICES, LLC,<br><br>                                Defendants. | Case No. 1:22-cv-01753 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of the parties' joint letter, dated October 3, 2022, filed in response to the Court's September 20, 2022 Reassignment Order. ECF No. 20. In the letter, the parties' request an extension of discovery deadlines does not comply with the Court's Individual Rule 1.F. Accordingly, IT IS HEREBY ORDERED that the parties shall file an extension request, in accordance with the Court's Individual Rules and attaching a proposed Revised Civil Case Management Plan and Scheduling Order, no later than **October 11, 2022**. IT IS FURTHER ORDERED that the parties shall appear for a status conference on **October 19, 2022**, at 2:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 4, 2022
       New York, New York

                                                    SO ORDERED.

                                                   *Jennifer Rochon*
                                                   JENNIFER L. ROCHON
                                                   United States District Judge