UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BADARA OUATTARA,

                Plaintiff,

-against-

AMAZON.COM, INC., and AMAZON.COM SERVICES, LLC,

                Defendants.

Case No. 1:22-cv-01753 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a letter from Plaintiff, dated April 4, 2023, which the Court construes as a request for a discovery conference, seeking an order compelling the production of certain GPS data from Defendants. ECF No. 55. In that letter, Plaintiff indicates that "[w]e have conferred in good faith with defense counsel for Amazon by telephone and email pursuant to Your Honor's individual Rules in an effort to resolve this dispute, without success." *Id.* On April 6, 2023, Defendants filed a letter opposing the request, and refuted Plaintiff's characterization of the meet and confer. ECF No. 57. Defendants contend that Plaintiff's only conversation with Defendants about the relevant discovery was *before* Defendants served their responses and objections to Plaintiff's discovery demands. *Id.* Since Defendants served those responses, Plaintiff did not make any effort to meet and confer. *Id.*

      In light of these representations, Plaintiff's letter-motion is DENIED without prejudice to renew. The parties shall promptly meet and confer, in good faith, about this discovery dispute. Should those efforts fail, Plaintiff may file another letter requesting a discovery conference, and shall substantiate that request by explaining the relevance of the discovery he seeks.

Dated: April 6, 2023
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge