UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BADARA OUATTARA,

                               **Plaintiff,**                           22-CV-01753 (JLR)(SN)

     -against-                                                     **ORDER**

AMAZON.COM, INC., et al.,

                               **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On Thursday, September 28, 2023, the Honorable Jennifer L. Rochon assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov with three available dates to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:     September 29, 2023
                 New York, New York