UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BADARA OUATTARA,

                      Plaintiff,

-against-

AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC,

                      Defendants.

-----------------------------------------------------------

AMAZON.COM, INC. and AMAZON.COM SERVICES, LLC,

                      Third-Party Plaintiffs,

-against-

OTABEK TILLYAEV and U.Z. FREIGHT INC.,

                      Third-Party Defendants.

Case No. 1:22-cv-01753 (JLR)

**ORDER OF PARTIAL DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

    The Court having been advised that all claims asserted by Badara Ouattara ("Ouattara") against Amazon.com, Inc. and Amazon.com Services, LLC (together, "Amazon") have been settled in principle, it is ORDERED that Ouattara's action against Amazon be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated. This order has no effect on Amazon's third-party action against Otabek Tillyaev and U.Z. Freight Inc. (together, the "Third-Party Defendants"), which remains ongoing. *See* ECF No. 44.

    To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

    If Ouattara and Amazon wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions pertaining to Ouattara's action against Amazon are moot. All conferences pertaining to Ouattara's action against Amazon are canceled. The Clerk of Court is respectfully directed to change the caption to reflect only Amazon's claims against the Third-Party Defendants.

Dated: December 18, 2023
       New York, New York

                                              SO ORDERED.

                                              *Jennifer Rochon*
                                              JENNIFER L. ROCHON
                                              United States District Judge